UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN J. SALTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-89 |
| ) | |
| NUVASIVE, INC., ) | |
| ) | |
| Defendant. ) | |

# ENTRY ORDER
## ORDERING THE PARTIES TO PROVIDE A JOINT UPDATE REGARDING THE STATUS OF THE CASE

On October 6, 2021, the court received a call from counsel for Defendant Nuvasive, Inc. informing the court that the parties had reached a settlement. As of the date of this Entry Order, the parties have not filed a stipulation of dismissal. Accordingly, the court hereby ORDERS the parties to file a joint update regarding the status of the case by December 15, 2021.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 22nd day of November, 2021.

Christina Reiss, District Judge
United States District Court